is insufficient to charge the appealing defendants with any duty in the absence of allegations of fact showing by what right plaintiff was on the said premises, whether as a tenant or an invitee or in such manner as the fact may be. (*Minnelli* v. *Marotta*, 212 App. Div. 834.) Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

ALDIS BARTLETT, Respondent, v. WARBURTON HALL ASSOCIATION, Appellant.— Judgment modified by deducting therefrom $306.71, with interest from May 28, 1928, and as so modified unanimously affirmed, without costs. The appellant is entitled to credit for the interest and costs allowed by the judgment of the City Court of Yonkers, $85.56, and also to be credited with an additional week's rent, $221.15. The respondent's last receipt shows nine days' rent due up to the time he was dispossessed, and appellant is entitled to this additional credit because, according to the lease, the rent was payable weekly in advance. (*Cornwell* v. *Sanford*, 222 N. Y. 248; *Berg* v. *Kaiser*, 137 App. Div. 1.) Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ. Settle order on notice.

BRIARCLIFF LODGE HOTEL, INC., Respondent, v. CITIZEN-SENTINEL PUBLISHERS, INC., and J. NOEL MACY, Appellants.— Order denying defendants' motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

BRIARCLIFF LODGE HOTEL, INC., Respondent, v. TARRYTOWN DAILY NEWS, INC., and J. NOEL MACY, Appellants.— Order denying defendants' motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

BRIARCLIFF LODGE HOTEL, INC., and CHAUNCEY DEPEW STEELE, Respondents, v. WESTCHESTER NEWSPAPERS, INC., and J. NOEL MACY, Appellants.— Order denying defendants' motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Hagarty and Scudder, JJ., concur as to plaintiff Briarcliff Lodge Hotel, Inc., but dissent as to plaintiff Steele upon the ground stated in *Briarcliff Lodge Hotel, Inc.*, v. *Yonkers Statesman Corporation* (post, p. 774), decided herewith.

BRIARCLIFF LODGE HOTEL, INC., and CHAUNCEY DEPEW STEELE, Respondents, v. THE YONKERS STATESMAN CORPORATION, Appellant.— Order denying defendant's motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Hagarty and Scudder, JJ., concur as to plaintiff Briarcliff Lodge Hotel, Inc., but dissent as to plaintiff Steele, with the following memorandum: The only reference to plaintiff Steele in the article claimed to be libelous is that a shortage of water will be the cry at Briarcliff Lodge in a short while if plaintiff Steele and his associates at the hostelry do not pay their water bill. It